RODMAN *v.* CALLOWAY.

Error.

RODMAN v. CALLOWAY.

*Practice—Fragmentary Appeal—Judgment for Costs.*

Where in an action in which each party claimed title to land and the plaintiff recovered a part thereof and the issue as to damages on a part of the land was not answered by the jury but was left opon to be subsequently decided, and the exceptions to the evdience were waived in this Court, the appeal is fragmentary and the judgment below as to the division of costs will not be disturbed.

CIVIL ACTION, to recover land, tried before *Boykin, J.*, and a jury, at February Term, 1895, of BEAUFORT Superior court, on the usual issues.    There were various exceptions to the admission and rejection of evidence. The jury rendered a verdict that the plaintiffs were owners of the land excepting twenty-nine acres.    The answer of the issue as to the title of two-fifteenths of the twenty-nine acres having been, by consent, reserved as a question of law to be decided by the Court, his Honor gave judgment that the plaintiff was entitled to recover possession thereof but declined to give judgment for damages for its occupation and told the plaintiffs that he would give them a new trial upon all the issues if desired.    This the plaintiffs declined to ask but requested the Court to make an order

by which, if the defendant should file a petition for bet-
terments under the statute, the question of damages could
be passed on.    Therupon, his Honor made the following
order : "In this cause the jury having failed to answer the
question of damages for the occupation of two-fifteenths
part of the land under fence, twenty-nine acres, it is
ordered, adjudged and decided that the said matter is left
open to be hereafter decided, if any petition for better-
ments on said land shall be filed."    Judgment for costs
was rendered against the defendant who excepted thereto
as well as to the order above recited and appealed.

*Messsrs. John H. Small* and *W. B. Rodman*, for plain-
tiffs.
*Mr. S. T. Beckwith*, for defendant (appellant).

FAIRCLOTH, C. J.: The exceptions to the evidence were
waived in this Court and the argument was made mainly
on the division of the costs.    Each party claimed title to,
and the plaintiff recovered a part of, the land.    The jury
failed to answer the issue as to the damages on a part of
the land, which was left over by the court to be decided
hereafter.    In this fragmentary condition, we are not dis-
posed to disturb the judgment on the question of costs.

Judgment Affirmed.